# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

MACQUAN FASHAW,

                      Plaintiff,                    17 **CIVIL** 7328 (KPF)

        -against-                          **JUDGMENT**

THOMAS GRIFFIN,

                    Defendant.

-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 4, 2020, the court agrees completely with Judge Moses' well-reasoned Report and hereby adopts its reasoning by reference; accordingly, it is ordered that the petition is dismissed with prejudice, and this case is closed.

**DATED:**  New York, New York
              November 4, 2020

                                                               **RUBY J. KRAJICK**
                                                               _____
                                                                    **Clerk of Court**
                                      **BY:**
                                                                     **Deputy Clerk**